Matter of Tuttle (2025 NY Slip Op 03124)

Matter of Tuttle

2025 NY Slip Op 03124

Decided on May 22, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 22, 2025

PM-127-25
[*1]In the Matter of Kathleen J. Tuttle, an Attorney. (Attorney Registration No. 2533685.)

Calendar Date:May 19, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Kathleen J. Tuttle, Pasadena, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kathleen J. Tuttle was admitted to practice by this Court in 1993 and lists a business address in Pasadena, California with the Office of Court Administration. Tuttle now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Tuttle's application.
Upon reading Tuttle's affidavit sworn to April 21, 2025 and filed April 28, 2025, and upon reading the May 15, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Tuttle is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Kathleen M. Tuttle's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kathleen M. Tuttle's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kathleen M. Tuttle is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Tuttle is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kathleen M. Tuttle shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.